**UNITED STATES DISTRICT COURT**

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

Federal Building

**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

**JEFFREY S. EATON**
CLERK

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

December 5, 2023

Eric Lechtzin, Esq.
Edelson Lechtzin LLP
411 S. State Street, Suite N-300
Newtown, PA  18940

Michael C. McKay, Esq.
McKay Law, LLC
5635 N. Scottsdale Road, Suite 117
Scottsdale, AZ  85250

Russell D. Barr, Esq.
Barr Law Group
125 Mountain Road
P.O. Box 1312
Stowe, VT  05672-1312

Charles M. Dyke, Esq.
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor San
Francisco, CA  94111

Ian C. Taylor, Esq., Jennifer K. Squillario, Esq.
Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC 20001

Timothy C. Doherty, Jr., Esq., Tristram J.
Coffin, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT  05402-0190

RE: *Baker v. The University of Vermont Medical Center, Inc. et al.*

        Docket No. 2:23-cv-00087

Dear Counsel:

    The stipulated discovery schedule required by Local Rule No. 26(a)(1) and (2) has not been filed in the above-cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

                            Sincerely,

                            /s/ *Sharrah LeClair*
                            Case Administrator
                            (802) 951-8139