UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 22, 2024

| | |
|---|---|
| Russell D. Barr, Esq.<br>Barr Law Group<br>125 Mountain Road<br>P.O. Box 1312<br>Stowe, VT 05672-1312 | Timothy C. Doherty, Jr., Esq.<br>Tristram J. Coffin, Esq.<br>Downs Rachlin Martin PLLC<br>199 Main Street<br>P.O. Box 190<br>Burlington, VT 05402-0190 |
| Eric Lechtzin, Esq.<br>Edelson Lechitzin LLP<br>411 S. State Street, Suite N-300<br>Newtown, PA 18940 | Charles M. Dyke, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 |
| Joseph M. Baldacci, Esq.<br>Michael C. McKay , Esq.<br>McKay Law, LLC<br>5635 N. Scottsdale Road, Suite 117<br>Scottsdale, AZ 85250 | Ian C. Taylor , Esq.<br>Jennifer K. Squillario, Esq.<br>Nixon Peabody LLP<br>799 9th Street NW, Suite 500<br>Washington, DC 20001-5327 |

Re: *Baker v. The University of Vermont Medical Center, Inc. et al*
Docket No. 2:23-cv-87

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Alison J. Bell, Burlington, Vermont
Richard T. Cassidy, South Burlington, Vermont
Joseph E. McNeil, Burlington, Vermont

The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **March 11, 2024**.[2]

Please do not hesitate to contact me with any questions.

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response*.
    If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation*.

**JEFFREY S. EATON**
CLERK

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116