IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

TYLER BAKER, individually and on behalf of
The University of Vermont Medical Center
403(b) Plan,

    Plaintiff,

v.

THE UNIVERSITY OF VERMONT
MEDICAL CENTER, INC., the BOARD OF
TRUSTEES OF THE UNIVERSITY OF
VERMONT MEDICAL CENTER, THE D.C.
FIDUCIARY INVESTMENT COMMITTEE,
and JOHN DOES 1-45,

    Defendants.

Case No. 2:23-CV-00087 (GWC)

## JOINT NOTICE AND REQUEST REGARDING THE PARTIES' SELECTION OF EARLY NEUTRAL EVALUATOR PURSUANT TO LOCAL RULE 16.1

The undersigned counsel for Plaintiff and Defendants in the above-captioned action hereby notify the Court, pursuant to Local Rule 16.1, regarding their selection of an Early Neutral Evaluator, as follows:

1. Pursuant to the Court's letter of February 22, 2024, the parties were directed to file their selection of an Early Neutral Evaluator with the Court by March 11, 2024. (ECF No. 51.)

2. On February 29, 2024, the parties submitted to the Court a Stipulated Discovery Schedule/Order. (ECF No. 54.)

3. On March 1, 2024, the Court entered an Order approving the Stipulated Discovery Schedule. (ECF No. 55.)

4. The Stipulated Discovery Schedule/Order provides that the parties will participate in an Early Neutral Evaluation session on or before August 30, 2024. (ECF No. 55 at ¶ 14.)

5. Counsel for Plaintiff and Defendants have agreed to use a private mediator with experience mediating ERISA class actions as the Early Neutral Evaluator.

6. If acceptable to the Court, the parties will notify the Court as to their selection of an Early Neutral Evaluator, pursuant to Local Rule 16.l(d)(4), no later than June 15, 2024. Dated this 17th day of April 2024.

<div style="columns:2">

**BARR LAW GROUP**

*/s/ Russell D. Barr*
Russell Barr, Esq.
125 Mountain Road
Stowe, Vermont 05672
Tel: 802-253-6272
russ@barrlaw.com

**EDELSON LECHTZIN LLP**
Eric Lechtzin, Esq.*
Marc H. Edelson, Esq.*
411 S. State Street, Suite N-300
Newton, PA 18940
Tel: 215-867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

**MCKAY LAW, LLC**
Michael C. McKay, Esq.*
5635 N. Scottsdale Road, Suite 117
Scottsdale, AZ 85250
Tel: 480-681-7000
mmckay@mckaylaw.us

*admitted pro hac vice

*Attorneys for Plaintiff*

**DOWNS RACHLIN MARIN PLLC**

*/s/ Timothy C. Doherty, Jr.*
Timothy C. Doherty, Jr.
Tristram J. Coffin
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Tel: 802-863-2375
tdoherty@drm.com
tcoffin@drm.com

**NIXON PEABODY LLP**
Ian C. Taylor*
Jennifer K. Squillario*
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: (202) 585-8077
Fax: (833) 755-2952
itaylor@nixonpeabody.com
jsquillario@nixonpeabody.com

Charles M. Dyke*
1 Embarcadero Center, 32d Floor
San Francisco, CA 94111
Tel: (415) 984-8200
Fax: (844) 540-4098
cdyke@nixonpeabody.com

*admitted pro hac vice

*Attorneys for Defendants*

</div>

**APPROVED AND SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 19th day of April, 2024.

Geoffrey W. Crawford, Chief Judge
U.S. District Court

2