U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

IN THE UNITED STATES DISTRICT COURT 2026 APR -9  AM II: 05
FOR THE DISTRICT OF VERMONT

CLERK

BY _____ LG
DEPUTY CLERK

TYLER BAKER, individually and on behalf
of The University of Vermont Medical Center
403(b) Plan,

Plaintiff,

vs.

THE UNIVERSITY OF VERMONT
MEDICAL CENTER, INC.,

Defendant.

Case No. 2:23-cv-00087 (GWC)

## CONSENT MOTION TO SET STIPULATED BRIEFING SCHEDULES FOR MOTIONS FOR CLASS CERTIFICATION AND FOR JURY TRIAL

The undersigned counsel for the Parties in the above-captioned action hereby requests the Court, pursuant to Federal Rule of Civil Procedure 16(b)(4), set a briefing schedule for the Plaintiffs' motion to certify class and motion for jury trial. Good cause exists for the requested schedule because the Parties have conferred and agreed upon the proposed deadlines and the schedule will allow adequate time for briefing while advancing the orderly resolution of this matter.

This Court has granted motions for extensions of time to file an answer (ECF 8, 9, 47, 48), to file a response to Defendants' Motion to Dismiss (ECF 30, 31), to extend the deadline to submit Early Neutral Evaluator information (ECF 64), and to extend deadlines in the Scheduling Order (ECF 64, 70, 72, 75, 78, 81, 82, 83, 84, 85, 89, 90).

The Parties have conferred, and based on the availability of counsel and the Parties, respectfully request that the Court enter a briefing schedule with the following deadlines in relation

to Plaintiff's Motion to Certify Class (ECF 99) and Motion for Jury Trial (ECF 97), both of which were filed on April 6, 2026:

| | |
|---|---|
| Opposition to Motion for Class Certification | May 22, 2026 |
| Reply in support of Motion for Class Certification | June 22, 2026 |

| | |
|---|---|
| Opposition to Motion for Jury Trial | April 27, 2026 |
| Reply in support of Motion for Jury Trial | May 22, 2026 |

Dated: April 8, 2026

Respectfully submitted,

By: /s/ Russell Barr
Russell Barr, Esq.
**BARR LAW GROUP**
125 Mountain Road
Stowe, Vermont 05672
Telephone: (802) 253-6272
russ@barrlaw.com


By: /s/ Eric Lechtzin
**EDELSON LECHTZIN LLP**
Eric Lechtzin, Esq.*
Marc H. Edelson, Esq.*
411 S. State Street, Suite N-300
Newtown, Pennsylvania 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

**McKay Law, LLC**
Michael C. McKay, Esq.*
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
Telephone: (480) 681-7000
mmckay@mckaylaw.us

*admitted *pro hac vice*

By: /s/ Tristam J. Coffin
**DOWNS RACHLIN MARIN PLLC**
Tristram J. Coffin
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
tcoffin@drm.com
tdoherty@drm.com


By: /s/ Ian C. Taylor
**NIXON PEABODY LLP**
Ian C. Taylor*
Jennifer K. Squillario*
Adam Adcock*
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8077
Facsimile: (833) 755-2952
itaylor@nixonpeabody.com
jsquillario@nixonpeabody.com
aadcock@nixonpeabody.com

Charles M. Dyke*
One Embarcadero Center
32nd Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8315

**Attorneys for Plaintiff and the Class**

Facsimile: (844) 540-4098
cdyke@nixonpeabody.com

Matthew W. Costello*
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1300
mcostello@nixonpeabody.com

Peter Wilms*
275 Broadhollow Road, Suite 300
Melville, New York 11747
Telephone: (516) 832-7500
pwilms@nixonpeabody.com

*admitted *pro hac vice*

**Attorneys for Defendants**

**APPROVED and so ORDERED.**

Dated at Burlington, in the District of Vermont, this 9th day of April 2026.

Geoffrey W. Crawford,
Judge U.S. District Court

## CERTIFICATE OF SERVICE

I certify that I electronically filed and distributed the above joint motion and proposed order to all parties of record on April 8, 2026.

*/s/ Matthew W. Costello*
Matthew W. Costello