Document has been removed from the docket.

2:23-cv-00087-gwc    Document 119    Filed 06/12/26    Page 1 of 1